**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-6996**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

DANTE CORNELIUS BOYCE,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at New Bern.  James C. Dever III, District Judge.  (4:10-cr-00092-D-1)

Submitted:  February 23, 2021                    Decided:  February 26, 2021

Before MOTZ, KEENAN, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Dante Cornelius Boyce, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dante Cornelius Boyce appeals the district court's order denying relief on his motion for a sentence reduction pursuant to the First Step Act of 2018, Pub. L. No. 115-391, § 404, 132 Stat. 5194, 5222. We have reviewed the record and find that the district court did not abuse its discretion in declining to reduce Boyce's sentence. Accordingly, we affirm the district court's order. *United States v. Boyce*, No. 4:10-cr-00092-D-1 (E.D.N.C. July 2, 2020). We deny Boyce's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*